IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE:  TOMMY J. ROBISON | ) Chapter 07 |
| | ) |
| | ) |
| | ) |
| – Creditor | ) No. 11B49448 |
| Green Tree Servicing LLC | ) |
| | ) |
| v. | ) Judge |
| | )Manuel Barbosa |
| TOMMY J. ROBISON         – Debtor | ) |
| | ) |

NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON January 5, 2012 at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Manuel Barbosa, U.S. Bankruptcy Judge, Kane County Courthouse, in Room 250, 100 South 3rd Street, Geneva Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 12, 2011, with proper postage prepaid.

                                            PIERCE & ASSOCIATES, P.C.

                                            /s/Dana O'Brien
                                            ARDC#6256415

**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY                    1 North Dearborn, Suite 1300
INFORMATION OBTAINED WILL BE                Chicago, Illinois 60602
USED FOR THAT PURPOSE**                            312-346-9088

11-6899

NOTICE OF MOTION ADDRESSES

To Trustee:
Roy  Safanda
Safanda Law Firm
111 East Side Drive
Geneva, Illinois 60131
**by Electronic Notice through ECF**

To Debtor:
TOMMY J. ROBISON
61 South Clifton Avenue
Elgin, IL 60123
**by U.S. Mail**


684 Catalpa Lane
Bartlett, IL 60103
**by U.S. Mail**



To Attorney:
Mohammed O Badwan
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**



PIERCE & ASSOCIATES, P.C.
Attorneys For:
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088



PA11-6899

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

RE: TOMMY J. ROBISON,                    )
                                         )
Green Tree Servicing LLC,                )
                Creditor,                )
        vs.                              )    CASE NO. 11B49448
                                         )    JUDGE Manuel Barbosa
TOMMY J. ROBISON,                        )
                Debtor,                  )
                                         )
```

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Green Tree Servicing LLC, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 61 South Clifton Avenue, Elgin, IL 60123, be modified, stating as follows:

1. On December 8, 2011, the above captioned Chapter 7 was filed.

2. Green Tree Servicing LLC services the first mortgage lien on the property located at 61 South Clifton Avenue, Elgin, IL 60123.

3. The debt is based on an April 11, 2006, Mortgage and Note in the original sum of $136,800.00.

4. As of September 29, 2011 the funds necessary to pay off Green Tree Servicing LLC on the above captioned account were approximately $134,002.50. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The debtor's schedules list the fair market value of said property at $99,300.00. According to the debtor's schedules, there are other liens on the property totaling $32,842.00.

5. The account is currently due and owing to Green Tree Servicing LLC for the June 2011 current mortgage payment and those thereafter, plus reasonable attorneys fees and costs.

6. The debtor's mailing address is different from 61 South Clifton Avenue, Elgin, IL 60123.

7. The debtor has no equity in the property located at 61 South Clifton Avenue, Elgin, IL 60123, for the benefit of unsecured creditors.

8. Green Tree Servicing LLC continues to be injured each day it remains bound by the Automatic Stay.

9. Green Tree Servicing LLC is not adequately protected.

10. The property located at 61 South Clifton Avenue, Elgin, IL 60123 is not necessary for the debtor's reorganization.

11. The Debtor has scheduled an intention to surrender the property.

12. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, plus such other relief as this Court deems just.

    Green Tree Servicing LLC

    /s/Dana O'Brien
    Dana O'Brien ARDC#6256415
    Pierce and Associates, P.C.
    1 North Dearborn St.
    Suite 1300
    Chicago, Illinois 60602
    (312)346-9088